UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.              CRIMINAL NO. 2:06CR006-P

JELRICO CALVIN                                              DEFENDANT


ORDER ALLOWING TEMPORARY CUSTODIAL RELEASE

Upon motion of Defendant Jelrico Calvin to allow Temporary Custodial Release [28-1] to attend a private viewing of the body of his recently deceased six year old child at a funeral home in Clarksdale, Mississippi, and the Court finding said motion well-taken, it is hereby

ORDERED,

That Defendant Jelrico Calvin shall be released to the custody of the U.S. Marshal's Service, under such terms and conditions deemed appropriate to the U.S. Marshal, in order to attend a private viewing of his son's body in rest, and thereafter immediately returned for incarceration until conclusion of the above-styled matter, with all costs assessed to Defendant Calvin.

SO ORDERED this the 30th day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE